**SCANNED**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 07-60974-CIV-COHN/WHITE

ANTONIO BALTA,

        Petitioner,

v.

STATE OF FLORIDA,

        Respondent.
                            /

## ORDER ADOPTING REPORT AND RECOMMENDATION

**THIS CAUSE** is before the Court upon a Report and Recommendation [DE 16], submitted by United States Magistrate Judge Patrick A. White, regarding Petitioner Antonio Balta's *pro se* Petition for Writ of Habeas Corpus, filed pursuant to 28 U.S.C. §2254, challenging the constitutionality of his sentences entered in the Circuit Court of the Seventeenth Judicial Circuit in and for Broward County, Florida, case number 04-4406-CF10A. Pursuant to 28 U.S.C. §636(b)(1), the Court has conducted a *de novo* review of the record herein, including the Petition and the Report and Recommendation, and is otherwise fully advised in the premises. The Court notes that Mr. Balta has filed no Objections to the Report and Recommendation, and the time for filing such objections has expired. In consideration of the foregoing, it is hereby

        **ORDERED AND ADJUDGED** as follows:

    1.    The Report of Magistrate Judge Patrick A. White [DE 16] is **ADOPTED**.

    2.    Petitioner Antonio Balta's Petition for Writ of Habeas Corpus [DE 1] is **DENIED**.

3.      Any other pending motions are **DENIED as moot**.  The Clerk of Court is

directed to **CLOSE** this case.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County,

Florida, on this _14th_ day of March, 2008.

**JAMES I. COHN**
**United States District Judge**

Copies provided to:

Counsel of record

Antonio Balta, *pro se*
DC#L56606
DeSoto Correctional Institution
13617 SE Highway 70
Arcadia,  FL  34266-7800